```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09361
   MICHAEL C GILL
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-4349


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 04/16/2008 and was not confirmed.

   The case was dismissed without confirmation 07/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------

SPRINT PCS               UNSECURED         272.86          .00           .00
RMI/MCSI                 UNSECURED        6080.00          .00           .00
VILLAGE OF MATTESON      UNSECURED       NOT FILED         .00           .00
ECHO                     UNSECURED       NOT FILED         .00           .00
ST JEMES RADIOLOGIST     UNSECURED       NOT FILED         .00           .00
ST JAMES RADIOLOGISTS    UNSECURED       NOT FILED         .00           .00
ECHO                     UNSECURED       NOT FILED         .00           .00
EXCEL EMERGENCY CARE     UNSECURED       NOT FILED         .00           .00
EXCEL EMERGENCY CARE     UNSECURED       NOT FILED         .00           .00
EXCEL EMERGENCY CARE     UNSECURED       NOT FILED         .00           .00
ENTERPRISE               UNSECURED       NOT FILED         .00           .00
MIDWEST PHYSICIAN GROUP  UNSECURED       NOT FILED         .00           .00
MOUNDS CITY              UNSECURED       NOT FILED         .00           .00
ST JAMES HOSPITAL        UNSECURED       NOT FILED         .00           .00
ST JAMES HOSPITAL        UNSECURED       NOT FILED         .00           .00
CREDITORS COLLECTION BUR UNSECURED        4494.00          .00           .00
ST JAMES HOSPITAL        UNSECURED       NOT FILED         .00           .00
ST JAMES HOSPITAL        UNSECURED       NOT FILED         .00           .00
ST JAMES HOSPITAL        UNSECURED       NOT FILED         .00           .00
ST JAMES HOSPITAL        UNSECURED       NOT FILED         .00           .00
ST JAMES PROF SERVICES D UNSECURED       NOT FILED         .00           .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED         .00           .00
ILLINOIS INDIANA EM I ME UNSECURED       NOT FILED         .00           .00
AMERITECH                UNSECURED       NOT FILED         .00           .00
NICOR                    UNSECURED          54.33          .00           .00
VILLAGE OF PARK FOREST   UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO HEIGHTS  UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO HEIGHTS  UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO HEIGHTS  UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO HEIGHTS  UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO HEIGHTS  UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO HEIGHTS  UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO HEIGHTS  UNSECURED       NOT FILED         .00           .00
VILLAGE OF MATTESON      UNSECURED       NOT FILED         .00           .00
VILLAGE OF OLYMPIA FIELD UNSECURED       NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09361 MICHAEL C GILL
```

```
VILLAGE OF OLYMPIA FIELD  UNSECURED       NOT FILED            .00           .00
VILLAGE OF OLYMPIA FIELD  UNSECURED       NOT FILED            .00           .00
VILLAGE OF OLYMPIA FIELD  UNSECURED       NOT FILED            .00           .00
VILLAGE OF OLYMPIA FIELD  UNSECURED       NOT FILED            .00           .00
VILLAGE OF PARK FOREST    UNSECURED       NOT FILED            .00           .00
VILLAGE OF PARK FOREST    UNSECURED       NOT FILED            .00           .00
VILLAGE OF PARK FOREST    UNSECURED       NOT FILED            .00           .00
VILLAGE OF PARK FOREST    UNSECURED       NOT FILED            .00           .00
VILLAGE OF PARK FOREST    UNSECURED       NOT FILED            .00           .00
VILLAGE OF OLYMPIA FIELD  UNSECURED       NOT FILED            .00           .00
VILLAGE OF OLYMPIA FIELD  UNSECURED       NOT FILED            .00           .00
SBC ILLINOIS              UNSECURED         1215.91            .00           .00
B-REAL LLC                UNSECURED          499.27            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00
```

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      ---------------     ---------------
TOTALS                     .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 08 B 09361 MICHAEL C GILL